NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 19 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FRANK KONARSKI, DBA FGPJ Apartments & Development; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> MICHAEL G. RANKIN; et al., <br><br> Defendants-Appellees. | No. 15-17182 <br><br> D.C. No. 4:13-cv-00999-DCB <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted January 16, 2018**

Before: REINHARDT, TROTT, and HURWITZ, Circuit Judges.

Frank, Gabriela, Patricia, John, and Frank E. Konarski appeal from the

district court's judgment dismissing for failure to prosecute their 42 U.S.C. § 1983

action. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of

discretion a district court's order denying a motion for relief from judgment, *Sch.*

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993), and we affirm.

The district court did not abuse its discretion by denying the Konarskis' motion under Federal Rules of Civil Procedure 59(e) and 60(b)(1) because the Konarskis failed to demonstrate excusable neglect or any other ground for relief. *See ACandS*, 5 F.3d at 1263 (setting forth grounds for reconsideration under Rules 59(e) and 60(b)); *see also Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1261 (9th Cir. 2010) (setting forth four-factor equitable test for determining whether a party's failure to meet a deadline constitutes "excusable neglect").

Appellees' request for oral argument (Docket Entry No. 17) is denied as moot.

**AFFIRMED.**